**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MENDOZA, | No. C 13-1432 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| M. SPEARMAN; GERALD ELLIS; DARREN BRIGHT, | |
| Defendants. / | |

    Pursuant to the order of dismissal, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: April _____, 2013.

5/1/2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\MENDOZA1432.JUD.wpd